```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                       CASE NO. 04 B 34790
       COLLEEN T MIEDONA
       TROY J MIEDONA                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK
                Debtor
       SSN XXX-XX-7462      SSN XXX-XX-7293


   -----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
   -----------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.   The case was filed on 09/20/04 and confirmed on 11/24/04.

      2.   The plan is paid in full.

      3.   The Debtor paid a total of $ 145250.00 .

      4.   The Trustee made disbursements to creditors as follows:


   -----------------------------------------------------------------------------
   CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                                 PAID        PAID
   -----------------------------------------------------------------------------
   BANK OF AMERICA NA         CURRENT MORTG     67243.63          .00      67243.63
   BANK OF AMERICA NA         MORTGAGE ARRE     33337.71          .00      33337.71
   FRANKLIN CREDIT MGMT COR   SECURED           17135.16          .00      17135.16
   FRANKLIN CREDIT MGMT COR   MORTGAGE ARRE     10031.52          .00      10031.52
   MEDICAL RECOVERY           UNSECURED         NOT FILED         .00           .00
   AFNI                       UNSECURED         NOT FILED         .00           .00
   CREDITORS INTERCHANGE      UNSECURED         NOT FILED         .00           .00
   SURPASS                    UNSECURED         NOT FILED         .00           .00
   ALLIANCE ONE               UNSECURED         NOT FILED         .00           .00
   ILLINOIS STUDENT ASSIST    UNSECURED         20939.35          .00       4118.65
   ROUNDUP FUNDING LLC        UNSECURED          3608.59          .00        709.79
   RESORT FINANCIAL SERVICE   UNSECURED         NOT FILED         .00           .00
   MEYER & NJUS PA            UNSECURED         NOT FILED         .00           .00
   NCM TRUST                  UNSECURED          3487.09          .00        685.89
   BLATT HASENMILLER LEIBSK   UNSECURED         NOT FILED         .00           .00
   FAIRFIELD RESORTS          UNSECURED          8209.00          .00       1614.67
                Summary of disbursements:
   -----------------------------------------------------------------------------
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL

   TOTAL CLMS ALLOWED  127748.02       .00     36244.03         .00     163992.05
   PRINCIPAL PAID      127748.02       .00      7129.00         .00     134877.02
   INTEREST PAID             .00       .00          .00         .00           .00
   TOTAL PAID          127748.02       .00      7129.00         .00     134877.02
   The Debtor's attorney, ROBERT V SCHALLER              , was allowed $    2700.00
   and was paid $    100.00   direct and $   2600.00  through the plan.

   The Trustee received $   6022.98 .

   Refunds to the Debtor totaled $    1750.00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE








                              PAGE   2
         CASE NO. 04 B 34790 COLLEEN T MIEDONA & TROY J MIEDONA